USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/3/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

*In re* Petition of

East Asian Consortium B.V.


For an Order to Take Discovery from Bank of
America, N.A.; Bank of New York Mellon; BNP
Paribas USA; China Construction Bank; Citibank
N.A.; HSBC Bank USA, N.A.; JPMorgan Chase
Bank, N.A.; MashreqBank PSC; Standard Chartered
Bank; Wells Fargo Bank, N.A.


Pursuant to 28 U.S.C. § 1782 in Aid of a Foreign
Proceeding

Civil Action No. _____

---

## ~~[PROPOSED]~~ ORDER GRANTING PETITIONERS' *EX PARTE* PETITION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

**THIS CAUSE** came before the Court upon the *Ex Parte* Petition of East Asian

Consortium B.V. ("**Petitioner**") for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 in

Aid of a Foreign Proceeding (the "**Petition**") which seeks documentary evidence from the New

York branches of Bank of America, N.A.; Bank of New York Mellon; BNP Paribas USA; China

Construction Bank; Citibank N.A.; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.;

MashreqBank PSC; Standard Chartered Bank; Wells Fargo Bank, N.A. (together, the "**New**

**York Banks**") for use in judicial proceeding before the High Court, Gauteng Local Division in

Johannesburg, South Africa.

The Court, having considered the papers on file and submitted herewith, and good cause

appearing:

**HEREBY GRANTS** the Petition.

It is **HEREBY ORDERED** that Petitioner is granted leave to issue subpoenas to the New

York Banks, seeking the production of documents in substantially the same form attached as

**Exhibit A** to the Petition.

**IT IS SO ORDERED.**

Dated: ___2/3/2021_____

_____
UNITED STATES DISTRICT JUDGE

This Order is without prejudice to any subpoena recipient making a
motion to quash.  If any contemplated motion to quash is based on
undue burden, the subpoena recipient and East Asian Consortium
B.V. must meet and confer to attempt to amicably resolve the
dispute before the motion to quash is made.